IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 24-46-BLG-SPW |
| vs. | ORDER |
| WILLIAM SERGES JOSEPH, | |
| Defendant. | |

Defendant appeared before Magistrate Judge Timothy J. Cavan on May 16, 2024 for an arraignment and change of plea on an Information (Doc. 1). Defendant, through his attorney, orally motioned the Court to vacate the hearing. No objections by the Government, Magistrate Judge Cavan granted the motion to vacate the hearing.   Therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion to Change Plea (Doc. 3) is **DENIED** as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _17th_ day of May, 2024.

SUSAN P. WATTERS
United States District Judge

1